IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JEFFERY SCOTT BONNEVILLE** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:10cv119** |
| **DAVID L. HUDSON, ET AL.** | § | |

**O R D E R**

Plaintiff Jeffery Scott Bonneville, a Texas prison inmate, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the Plaintiff's motion for a protective order, construed as a motion for a temporary restraining order and/or preliminary injunction, should be denied. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. It is accordingly

**ORDERED** that the Plaintiff's motion for a protective order (docket entry #11), construed as a motion for a temporary restraining order and/or preliminary injunction, is **DENIED**.

**SIGNED** this 27th day of September, 2010.

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE